FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 03 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SHANNON BRADLEY,<br><br>  Defendant. | CRIMINAL CASE NO.:<br><br>1:14-CR-441 |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   Any U.S. Marshal, Warden, **WHEELER CORRECTIONAL FACILITY, ALAMO, GEORGIA** and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of **SHANNON BRADLEY** by you restrained of his liberty by whatsoever names detained before the **Honorable Linda T. Walker**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 1860 of said Court in the City of Atlanta, at **10:00 a.m.**, on Wednesday, **December 24, 2014**, then and there to be arraigned on the indictment and from day to day thereafter until discharged by the Court, thence to be returned to the custody from which he came; have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 3rd day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA TREVOR C. WILMOT
    FEDERAL DEFENDER PROGRAM - DUTY

ATTEST: A TRUE COPY
CERTIFIED THIS

DEC 03 2014

James N. Hatten, Clerk
By: _____
Deputy Clerk